UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MILTON MYRIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:23-CV-05518-SCJ-AWH |
| CITY OF SOUTH FULTON, GA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## JOINT STATUS REPORT

Pursuant to the Court's May 14, 2025, Order [ECF No. 47], the Parties respectfully provide this Court with their Joint Status Report as follows:

1.

On May 13, 2025, the Parties filed a Joint Motion to Stay Proceedings Pending Mediation. [ECF No. 46.] This Court granted said Motion on May 14, 2025, and stayed all litigation deadlines pending the outcome of mediation. [ECF No. 47.]

2.

In the Court's May 14 Order, this Court stayed the proceedings including the resolution of Defendant's Motion for Summary Judgment until Monday, July 21, 2025. The Court further instructed the Parties to provide the Court with a status of their July 18, 2025 mediation by no later than Monday, July 21, 2025. [ECF No. 47.]

3.

The Parties jointly report that they resolved the matter shortly after participating in mediation on July 18, 2025 and are working to finalize all necessary documentation. The Parties anticipate filing the Joint Stipulation of Dismissal with Prejudice in the case within the next month or two.

Respectfully submitted this 21st day of July 2025.

| **LAW OFFICES OF ARNOLD J. LIZANA III** | **ELARBEE, THOMPSON, SAPP & WILSON, LLP** |
|---|---|
| <u>*s/Arnold J. Lizana (w/permission)*</u><br>Arnold J. Lizana<br>Georgia Bar No. 698758<br>alizana@attorneylizana.com<br>1175 Peachtree Street NE<br>10th Floor<br>Atlanta, Georgia 30361<br>(404) 207-1559 (Telephone)<br>(470) 231-0672 (Facsimile)<br>*Attorney for Plaintiff* | *s/Palmer E. Palmer*<br>Sharon P. Morgan<br>Georgia Bar No. 522955<br>morgan@elarbeethompson.com<br>Pamela E. Palmer<br>Georgia Bar No. 882599<br>palmer@elarbeethompson.com<br>229 Peachtree Street, N.E., Suite 800<br>Atlanta, Georgia 30303<br>(404) 659-6700 (Telephone)<br>(404) 222-9718 (Facsimile)<br>*Attorneys for Defendant* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MILTON MYRIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:23-CV-05518-SCJ-AWH |
| CITY OF SOUTH FULTON, GA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing **JOINT STATUS REPORT** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Arnold J. Lizana

Dated this 21st day of July 2025.

*s/ Pamela E. Palmer*
Pamela E. Palmer
Georgia Bar No. 882599
palmer@elarbeethompson.com

**ELARBEE, THOMPSON, SAPP & WILSON, LLP**
229 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30303
(404) 659-6700 (Telephone)
(404) 222-9718 (Facsimile)